**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF OKLAHOMA**

FILED

JAN 1 4 2026

BONNIE HACKLER
Clerk, U.S. District Court

By_____
Deputy Clerk

**UNITED STATES OF AMERICA,**

      *Plaintiff*,

**v.**

**JACOB WRAY HUDSON,**

      *Defendant.*

**Case No.**

**26 CR 005 JFH**

## I N D I C T M E N T

The Federal Grand Jury charges:

### COUNT ONE

### THREATS TO IMPEDE, INTIMIDATE, INTERFERE, AND RETALIATE AGAINST A FEDERAL LAW ENFORCEMENT OFFICER
### [18 U.S.C. §§ 115(a)(1)(B) & 115(b)(4)]

Beginning on or about October 29, 2025, and continuing until on or about November 20, 2025, in the Eastern District of Oklahoma, the defendant, **JACOB WRAY HUDSON**, did threaten to murder, kill, and assault a Federal law enforcement officer, to wit:  K.P., the Director of the Federal Bureau of Investigation, with intent to impede, intimidate, and interfere with K.P. while K.P. was engaged in the performance of K.P.'s official duties and with intent to retaliate against K.P. on account of the performance of K.P.'s official duties, in violation of Title 18, United States Code, Sections 115(a)(1)(B) and 115(b)(4).

### COUNT TWO

### INTERSTATE COMMUNICATIONS WITH A THREAT TO INJURE THE PERSON OF ANOTHER
### [18 U.S.C. § 875(c)]

Beginning on or about October 29, 2025, and continuing until on or about November 20, 2025, in the Eastern District of Oklahoma, the defendant, **JACOB WRAY HUDSON**, did

knowingly and willfully transmit in interstate commerce a communication which contained a threat to injure the person of another, to wit: K.P., in violation of Title 18, United States Code, Section 875(c).

## COUNT THREE

### INTERSTATE COMMUNICATIONS WITH A
### THREAT TO INJURE THE PERSON OF ANOTHER
### [18 U.S.C. § 875(c)]

Beginning on or about October 29, 2025, and continuing until on or about November 20, 2025, in the Eastern District of Oklahoma, the defendant, **JACOB WRAY HUDSON**, did knowingly and willfully transmit in interstate commerce a communication which contained a threat to injure the person of another, to wit: A.W., in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

CHRISTOPHER J. WILSON
United States Attorney

s / Foreperson
FOREPERSON OF THE GRAND JURY

T. CAMERON MCEWEN, AL Bar #7161R67M
Assistant United States Attorney

2